IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
CIVIL CASE NO. 2:12-cv-00063-MR

| | | |
|---|---|---|
| CHRIS MATTAROLLO and<br>TINA MATTAROLLO, | )<br>)<br>) | |
| Plaintiffs, | )<br>)<br>) | |
| vs. | )<br>)<br>) | **O R D E R** |
| BRANCH BANKING AND<br>TRUST CO. and PAM MURAS, | )<br>)<br>) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on the Plaintiffs' Response to Show Cause Order [Doc. 14].

Upon review of the Plaintiffs' Response, the Court finds that the Plaintiffs have stated good cause for their failure to effect service on the Defendant Pam Muras.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Plaintiffs shall have through and including April 14, 2013 within which to cause new summons to issue and to complete service of process on the Defendant Pam Muras.

**IT IS SO ORDERED.**

Signed: February 19, 2013

Martin Reidinger
United States District Judge

2