THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
CIVIL CASE NO. 2:12-cv-000063-MR

CHRIS MATTAROLLO and TINA )
MATTAROLLO, )
                  Plaintiffs, )
                  vs. )    **AMENDED ORDER**
BRANCH BANKING AND TRUST CO. )
and PAM MURAS, )
                  Defendants. )

**THIS MATTER** is before the Court on the Defendants' Motions to Dismiss [Docs. 6, 22].

The facts, legal issues, and causes of action asserted by the parties in the present matter are substantially similar to those in the case of Beritelli, et al. v. Wells Fargo Bank, N.A., et al., No. 1:11-cv-00179-MR (W.D.N.C.), and the same attorneys appear on behalf of the Plaintiffs in both actions. Even though these cases have not been consolidated, the decision of this Court in the Order previously entered in Beritelli addresses and disposes of all of the legal issues raised by the motions currently

before the Court in this matter. The Order in <u>Beritelli</u>, therefore, is incorporated herein, and the current motions will be disposed of in accord therewith.

## O R D E R

**IT IS, THEREFORE ORDERED** that the Defendants' Motions to Dismiss [Docs. 6, 22] are **GRANTED IN PART** and **DENIED IN PART**. Specifically, with respect to the Plaintiffs' claim for negligent misrepresentation, the Motions to Dismiss [Docs. 6, 22] are **GRANTED** and this claim is **DISMISSED**. In all other respects, the Motions to Dismiss [Docs. 6, 22] are **DENIED**.

**IT IS SO ORDERED.**   Signed: September 30, 2013

Martin Reidinger
United States District Judge